FILED

FILE COPY

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

| | |
|---|---|
| SOUTHLAND COMMERCIAL GROUP, INCORPORATED, SOUTHLAND REALTORS, INC., SOUTHLAND GROUP, INC., SOUTHLAND TITLE, LLC, SOUTHLAND COMPANIES, LLC, SOUTHLAND PROPERTIES, LLC, SOUTHLAND LANDSCAPES, LLC, SOUTHLAND COMMERCIAL GROUP IV, LLC, SOUTHLAND COMMERCIAL GROUP VII, LLC, AND SOUTHLAND COMMERCIAL GROUP ELEVEN, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHLAND TITLE AND ESCROW COMPANY, INC., <br><br> Defendant. | 2016 JUL 15 AM 10: 51 <br><br> Case No. 191979-2 |

## COMPLAINT

For their Complaint, and pursuant to T.C.A. § 29-14-101 *et seq.*, the Plaintiffs hereby allege as follows:

## INTRODUCTION

This is a civil action for infringement and dilution by Defendant of the "Southland" service mark owned or licensed by Plaintiffs and related unfair competition claims. Plaintiffs Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., Southland Title, LLC, Southland Companies, LLC, Southland Properties, LLC, Southland Landscapes, LLC, Southland Commercial Group IV, LLC, Southland Commercial Group VII, LLC, and Southland Commercial Group Eleven, LLC (hereinafter "Plaintiff Companies") began use of the "Southland" name and service mark in connection with a broad range of real estate

services offered either directly by these companies or, as part of a joint advertising campaign, through their family of affiliated companies beginning in 1993. These companies do business in east Tennessee.

At least three years after the Plaintiff Companies began using the "Southland" name and service mark, the Defendant began using its name in middle Tennessee. These similar names have recently resulted in confusion and, therefore, damage to the Plaintiff Companies.

Therefore, based upon the prior and continuous use of the "Southland" name and service mark by both Plaintiff Companies and, under license, their family of affiliated companies, Plaintiffs request the Court issue a permanent injunction ordering Defendant to cease and desist its infringing use and dilution of the "Southland" service mark and such other relief as the Court may deem equitable and proper.

Additionally and alternatively, the Plaintiff Companies bring this action seeking declaratory relief that their use of the "Southland" service mark in east Tennessee pre-exists the use by the Defendants and is protected by law statewide or, alternatively, in the east Tennessee region.

## THE PARTIES

1. Plaintiff Southland Commercial Group, Incorporated is a Tennessee for-profit corporation formed on February 5, 1993 that first began use of "Southland" in its name and in connection with its services on February 24, 1993. Southland Commercial Group, Incorporated has registered and may also do business under the following assumed names: Southland Brokers and Southland Realtors Commercial Group. Plaintiff Southland Commercial Group, Incorporated is one of three affiliated companies whose use of the "Southland" name and service

mark predates use by Defendant. Plaintiff Southland Commercial Group, Incorporated's principal place of business is 244 N. Peters Road, Knoxville, TN 37923-4933.

2. Plaintiff Southland Realtors, Inc. is a Tennessee for-profit corporation formed on June 3, 1983 that first began use of "Southland" in its name and in connection with its services on August 26, 1993. Southland Realtors, Inc. has registered and may also do business under its assumed name, Real Living Southland. Plaintiff Southland Realtors, Inc. is one of three affiliated companies whose use of the "Southland" name and service mark predates use by Defendant. Plaintiff Southern Realtors, Inc.'s principal place of business is 244 N. Peters Road, Knoxville, TN 37923-4933.

3. Plaintiff Southland Group, Inc. is a Tennessee for-profit corporation formed on August 19, 1993 that first began use of "Southland" in its name and in connection with its services on January 14, 1994. Plaintiff Southland Group, Inc. is one of three affiliated companies whose use of the "Southland" name and service mark predates use by Defendant. Plaintiff Southland Group, Inc.'s principal place of business is 4909 Ball Road, Knoxville, TN 37931-3606.

4. Plaintiff Southland Title, LLC is a Tennessee Limited Liability Company formed on January 17, 2006. Southland Title, LLC is partially owned by Plaintiff Southland Group, Inc., one of the three affiliated entities whose use of the "Southland" name and service mark predates use by Defendant. Southland Title, LLC previously operated using the name Deason Title Agency, LLC, but changed it to Southland Title, LLC on April 15, 2016 to conform with the other "Southland" entities. Its principal place of business is 244 N. Peters Road, Knoxville, TN 37923-4933.

5. Plaintiff Southland Companies, LLC is a Tennessee Limited Liability Company formed on April 20, 2016. Southland Companies, LLC is related to or affiliated with Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., and Southland Title, LLC. Southland Companies, LLC uses the "Southland" name as a result of that relationship. Its principal place of business is 244 N. Peters Road, Knoxville, TN 37923-4933.

6. Plaintiff Southland Properties, LLC is a Tennessee Limited Liability Company formed on October 13, 2015. Southland Properties, LLC is related to or affiliated with Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., and Southland Title, LLC. Southland Properties, LLC uses the "Southland" name as a result of that relationship. Its principal place of business is 244 N. Peters Road, Knoxville, TN 37923-4933.

7. Plaintiff Southland Landscapes, LLC is a Tennessee Limited Liability Company formed on April 21, 2016. Southland Landscapes, LLC is related to or affiliated with Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., and Southland Title, LLC. Southland Landscapes, LLC uses the "Southland" name as a result of that relationship. Its principal place of business is 244 N. Peters Road, Knoxville, TN 37923-4933.

8. Plaintiff Southland Commercial Group IV, LLC is a Tennessee Limited Liability Company formed on December 10, 2001. Southland Commercial Group IV, LLC is related to or affiliated with Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., and Southland Title, LLC. Southland Commercial Group IV, LLC uses the "Southland" name as a result of that relationship. Its principal place of business is 4909 Ball Road, Knoxville, TN 37931-3606.

9. Plaintiff Southland Commercial Group VII, LLC is a Tennessee Limited Liability Company formed on October 20, 1999. Southland Commercial Group VII, LLC is related to or

4
Case 3:17-cv-00013-TWP-CCS   Document 1-2   Filed 01/18/17   Page 4 of 15   PageID #: 9

affiliated with Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., and Southland Title, LLC. Southland Commercial Group VII, LLC uses the "Southland" name as a result of that relationship. Its principal place of business is 4909 Ball Road, Knoxville, TN 37931-3606.

10. Plaintiff Southland Commercial Group Eleven, LLC is a Tennessee Limited Liability Company formed on February 9, 2005. Southland Commercial Group Eleven, LLC is related to or affiliated with Southland Commercial Group, Incorporated, Southland Realtors, Inc., Southland Group, Inc., and Southland Title, LLC. Southland Commercial Group Eleven, LLC uses the "Southland" name as a result of that relationship. Its principal place of business is 4909 Ball Road, Knoxville, TN 37931-3606.

11. Upon information and belief, Defendant Southland Title & Escrow Co., Inc. is a Tennessee for-profit corporation formed March 11, 1996 that began using the "Southland" name thereafter. Its principal place of business is 7101 Executive Center Drive, STE 151, Brentwood, TN 37027-5236 and it may be served with process through its registered agent, Judy S. Wells, 1512 Braebury Cir, Nashville, TN 37211-8501.

## JURISDICTION AND VENUE

12. This Court has jurisdiction over this matter pursuant to its general powers of jurisdiction and based on the equitable nature of the claims asserted pursuant to Tenn. Code Ann. § 16-11-101 and 16-11-103.

13. This Court has personal jurisdiction over Defendant on any basis not inconsistent with the United States Constitution and the Constitution of this State.

14. Venue is proper in Knox County, Tennessee because the claims are transitory and the Plaintiff Companies use the "Southland" name in and around Knox County. Tenn. Code Ann. §§ 20-4-101 and -104.

## BACKGROUND FACTS

15. Plaintiff Companies own and have exclusive rights to use of the "Southland" name and service mark based on their prior use of such mark predating the first date of use of "Southland" by the Defendant. Certain Plaintiff Companies began use of "Southland" in their respective names and in connection with a broad spectrum of real estate related services. By using the "Southland" name and service mark, these certain Plaintiff Companies made the "Southland" name and service mark famous. The Plaintiff Companies first began using the "Southland" name on the following dates:

- Southland Commercial Group, Incorporated - February 24, 1993
- Southland Realtors, Inc. - August 26, 1993
- Southland Group, Inc. - January 14, 1994.

16. After these select Plaintiff Companies made the "Southland" name and service mark famous, the remaining Plaintiff Companies began to use the "Southland" name on the following dates:

- Southland Commercial Group VII, LLC – October 20, 1999
- Southland Commercial Group IV, LLC – February 10, 2001
- Southland Commercial Group Eleven, LLC – February 9, 2005
- Southland Properties, LLC – October 13, 2015
- Southland Title, LLC – April 15, 2016
- Southland Companies, LLC – April 20, 2016

- Southland Landscapes, LLC – April 21, 2016.

17. Plaintiff Southland Commercial Group, Incorporated is a business specializing in commercial and industrial real estate transactions including leasing and sales. Plaintiff Southland Commercial Group, Incorporated also does business as "Southland Brokers," which advises and helps customers buy and sell real estate in east Tennessee and "Southland, Realtors Commercial Group," which helps its customers both lease and list commercial and industrial real estate in east Tennessee. Both of these business names make use of the famous "Southland" name and are properly registered assumed names with the Tennessee Secretary of State.

18. Plaintiff Southland Realtors, Inc. is a business specializing in assisting customers with all their residential real estate needs. Plaintiff Southland Realtors, Inc. also does business as "Real Living Southland," which provides services for the purchase and sale of real estate in east Tennessee. This business name makes use of the famous "Southland" name and is a properly registered name with the Tennessee Secretary of State.

19. Plaintiff Southland Group, Inc. is a real estate development business whose activities include the purchase, development and sale of residential and commercial lots.

20. Plaintiff Southland Title, LLC is a business specializing in real estate title agency services and real estate closings.

21. Plaintiff Southland Companies, LLC is a business that owns and leases real estate in east Tennessee.

22. Plaintiff Southland Properties, LLC is a business specializing in property management services for residential and commercial real estate in east Tennessee.

23. Plaintiff Southland Landscapes, LLC is a business specializing in its customers' landscaping needs including, but not limited to, installation and maintenance of landscapes for real estate in east Tennessee.

24. Plaintiff Southland Commercial Group IV, LLC is a business that owns and leases real estate in east Tennessee.

25. Plaintiff Southland Commercial Group VII, LLC is a business that owns and leases real estate in east Tennessee.

26. Plaintiff Southland Commercial Group Eleven, LLC is a business that owns and leases real estate in east Tennessee.

27. Plaintiff Companies use "Southland" prominently in advertisements for themselves and their affiliated family of companies including Plaintiff Southland Title, LLC. *See* Exhibit A (example of advertisement published in Knox New Sentinel on July 10, 2016 in which the affiliated Southland companies are described as "A Family of Companies and Professionals for all your real estate needs").

28. The public has come to identify "Southland" with the services of Plaintiff Companies and their affiliated family of companies including Plaintiff Southland Title, LLC.

## COUNT ONE

### (Statutory or Common Law Service Mark Infringement and Dilution)

29. The allegations in all foregoing paragraphs of this Complaint are incorporated herein as if fully restated.

30. The Plaintiff Companies first used, have continued to use, and made famous the "Southland" name and service mark for the broad range of real estate services offered directly or through their family of affiliated companies. Over the years, Plaintiff Companies estimate that

they have spent in the hundreds of thousands of dollars on advertising and making famous the "Southland" service mark. As a result, the general public in east Tennessee has come to associate "Southland" with the high quality services of the Plaintiff Companies and their family of affiliated companies in east Tennessee.

31. Plaintiff Companies made the "Southland" name and service mark famous before Defendant began using the "Southland" service mark.

32. Using the "Southland" service mark, Defendant similarly offers to the public and performs the following real estate services: real estate closings and escrow services, mortgage refinancing and title insurance agency services. Upon information and belief, Defendant also has and continues to use the "Southland" name and service mark in its own advertising and promotional activities. Such activities dilute the distinctive quality of Plaintiff Companies' service mark.

33. Plaintiff Companies have never given written or oral consent or a license to Defendant to use the "Southland" service mark in any manner or form whatsoever.

34. Use of the "Southland" service mark or colorable variation or imitation of it by Defendant is likely to cause mistake or confusion or deception in the minds of the public and constitutes infringement.

35. By letter dated June 3, 2016, Plaintiff Companies, through counsel, notified Defendant of its affiliated companies' prior claim to the "Southland" service mark and its ongoing use by its family of affiliated companies.

36. Upon information and belief, Defendant has continued its infringing use of the "Southland" name and service mark after receipt of this letter which is indicative of Defendant's

willful and deliberate intent to cause confusion among the purchasing public and to injure Plaintiffs.

37. Plaintiff Companies have been damaged by the actions of the Defendant, which damages were proximately caused by the actions of the Defendants in an amount to be proven at trial.

## COUNT TWO

### (Statutory or Common Law Unfair Competition)

38. The allegations in all foregoing paragraphs of this Complaint are incorporated herein as if fully restated.

39. The use of "Southland" service mark, and any colorable imitations of it, by Defendant is likely to cause mistake or confuse or deceive the general public, and it is believed to have already caused actual mistake, confusion, or deception of the general public

40. The use of "Southland" service mark, and any colorable imitations of it, by Defendant constitutes a knowing and willful passing off of the services of Defendant for those of Plaintiff Companies and deceives the citizens of the State of Tennessee.

41. The actions of Defendant constitute unfair competition with Plaintiff Companies by reason of Defendant's use of the "Southland" service mark in connection with the provision of its own similar real estate services.

42. These acts of unfair competition by Defendant have caused and are continuing to cause irreparable injury to the reputation of Plaintiff Companies, which they have established over the years.

43. Unless the use of "Southland" by Defendant is restrained, the Defendant will continue these acts to the detriment of Plaintiff Companies. Therefore, Plaintiff Companies are

entitled to injunctive relief to prevent Defendant from using the "Southland" service mark and damages.

## COUNT THREE

### (Declaratory Judgment under section 29-14-101 *et seq.* of the Tennessee Code)

44. The allegations in all foregoing paragraphs of this Complaint are incorporated herein as if fully restated.

45. An actual controversy exists between Plaintiff Companies and Defendant, with regard to the use of the "Southland" service mark in east Tennessee, middle Tennessee, or across the entire State of Tennessee: both the Plaintiff Companies and the Defendant are using the "Southland" service mark.

46. By recent filing dated May 17, 2016, the Defendant sought to register its use of the "Southland" service mark with the Tennessee Secretary of State. Although the registration of a service mark does not create rights greater than those that existed prior to the registration as a matter of law, such an action by Defendant has the potential to damage Plaintiff Companies who are entitled to rightfully and fairly continue the use of "Southland" in their names and in connection with their real estate services. Therefore, this controversy is of sufficient immediacy and reality to warrant relief

47. The Plaintiff Companies are entitled to a declaration that their use of the "Southland" name and service mark does not infringe upon any service mark owned by Defendant, including the recently filed registration dated May 17, 2016.

WHEREFORE, Plaintiff Companies pray for the following relief:

    A. That Defendant, its officers, and its agents, servants, employees, attorneys, and all others in active concert or participation with them be restrained from using the

"Southland" name and service mark, or any other colorable imitation of it, in connection with real estate related services to include real estate closings, escrow services, mortgage refinancing and title insurance agency services in east Tennessee or, alternatively, in the State of Tennessee;

B. That Defendant and its agents, servants, employees, and all others, in active concert or participation with them, be forever restrained from engaging in unfair competition with Plaintiffs by using the "Southland" name and service mark in east Tennessee or, alternatively, in the State of Tennessee;

C. That Defendant and all others acting in concert with it, be directed to account and pay over to Plaintiff Companies all gains, profits, advantages realized by them and others acting with them from the sale of real estate services to include real estate closings, escrow services, refinancing and title agency services provided under the "Southland" service mark or any other colorable imitation of it;

D. That Defendant and all others acting in concert with it, be directed to pay to Plaintiff Companies all other damages suffered as a result of the infringement by Defendant of the "Southland" service mark, dilution of such mark or incurred as a result of unfair competition by Defendant with Plaintiff Companies;

E. That Defendant and all others acting in concert with it, be directed to deliver up for destruction all materials and things bearing the "Southland" service mark or any colorable imitation of it;

F. That the Court grant Plaintiff Companies such other and further relief as the Court may deem proper, including but not limited to, reasonable attorney fees should the Court find Defendant committed the wrongful acts alleged herein with knowledge or in bad faith;

G. Alternatively, if infringement or dilution is not found, that judgement be entered against Defendant under Tennessee Code Annotated § 29-14-101 *et. seq.* declaring the respective rights of the Plaintiff Companies and Defendant to use the "Southland" service mark; and

H. All further relief as justice may require.

Respectfully submitted,

W. Edward Shipe (023887)
Nicholas W. Diegel (034211)
**Wagner, Myers & Sanger, P.C.**
800 S. Gay Street, Ste. 1801
Knoxville, Tennessee 37902
(865) 525-4600 (Phone)
(865) 524-5731 (Fax)
eshipe@wmspc.com
ndiegel@wmspc.com
*Counsel for Plaintiffs*

## COST BOND

We, the undersigned, hereby bind ourselves for the costs of this cause in accordance with Tenn. Code Ann. § 20-12-120.

**WAGNER, MYERS & SANGER, P.C.**

13

**EXHIBIT A**

# Real Estate Transfers

Real estate transactions recently recorded at Knox County's Register of Deeds office.

## More than $1 million to $500,001

- South Shore Capital LLC to GBS Capital LLC, in Corridor Park subdivision, $1,426,126.
- Deborah Pace, Jama Chandler and William Denton to Primos Land Co. LLC, on Ball Road, $1,290,000.
- W. Boyd Lonas to Turner Homes LLC, on Black Road, $1,050,000.
- Daugherty and Bennett Holding GP to Primos Land Co. LLC, on Loves Road, $1,000,000.
- Juha Miettinen and Whitney Miettinen to Sarah Staup, in Montgomery Cove subdivision, $885,000.
- Gail Bean, Harold E. Bean estate, Karen Northcutt and Katch One Inc. to MFM LTD, in A.C. Keller property, $850,000.
- ORNL Federal Credit Union to London Medical Properties LLC, in W.M. Braggs subdivision, $850,000.
- CNL APF Partners LP to SCFRC-HW-G LLC, in Shelby Commercial Park, $811,626.
- Brimmar Properties LLC to Kathleen Tong and Gary Tong, in Bridgemore subdivision, Phase 2, $759,000
- Richard Mobley and Melanie Mobley to Michael Tesar and Amy Tesar, in Turning Leaf Trails subdivision, $749,900.
- Samuel N. Braswell Jr. and Marjorie Braswell to Indu Sai LLC, on Dutch Valley Road, $745,000.
- First Southern Corp. to Karen Kendrick, in Legacy Cove at Rocky Hill subdivision, $728,000.
- Home Federal Bank of Tennessee to Corona Development LLC, in Northshore Circle subdivision, $725,000.
- Vernon Britton and Dianne Britton to Karen Stone, in Bluff Point subdivision, $720,000.
- Randy Gray and Helen Gray to Angela Martinson and Christopher Martinson, in Fox Cove subdivision, $710,000.
- Robert Allen and Martha Allen to Kyle Baisley and Amanda Baisley in Westmoreland Hills subdivision, $655,000
- T and T Real Estate Investments LLC to Kasey Sharp and Dustin Sharp, in Cherokee Hills subdivision, $620,000
- Gregory Olson and Elizabeth Olson to Chad Thornhill and Rebecca Thornhill in Cooperstone subdivision, $618,900
- Cherie Alley to Jared Hamm and Jennifer Hamm, in Lyonsbend subdivision, $600,000.
- Carol Ellis and E. Stephen Ellis to Sarah Stair and Russell Stair, in Westmoreland Hills subdivision, $585,000.
- Thomas Catani and Susan Catani to Steven Godbold and Meredith Godbold, in Berkeley Park subdivision, $580,000.
- Freedom Christian to PNB Holdings Co. 1 Inc., on Asheville Highway, $546,875.
- Wayne Underwood and Deborah Underwood to Lanny Stokes and Kelly Stokes, in Brixworth subdivision, $530,000
- Bart Brody to Martha Smith and Matthew Bilbrey, in Kensington subdivision, $510,000.

## $500,000 to $300,001

- Kruck Myers and Noah Myers to Dean Cates and Teresa Cates, in Cool Springs subdivision, $475,000
- Randell England, Robin England and Robin Kerley to Jeffrey Butl and Lindsey Kyle Presley Butl, in Timberlake subdivision, $465,000.
- Joseph Cole and Bo Koo to Mark Schifani and Tina Schifani, in Berkeley Park subdivision, $459,000.
- CNL APF Partners LP to SCFRC-HW-G LLC, in Meadowview addition, $458,918.
- Cliff Overby and Joni Overby to Jeannie Briggs, Leland Smith and Ginger Smith, in Hamilton Place subdivision, $452,500.
- CJ River Holdings LLC to Warren Atwood and Betty Atwood, in Cityview at Riverwalk subdivision, $441,900
- Christopher Martinson and Angela Martinson to Valerie Walls and Andrew Walls, in Saddle Ridge subdivision, $435,000.
- D. Lynn Waddell to David Walker and Rebecca Walker, in J.E. Miller property, $435,000
- Marwan Bader, Heather Quinn-Bader, Edward Olwa, Guadalupe Lara and J.C. Grace Holdings Inc. to Wendy Chandler and Charles Chandler, in Concord Hills subdivision, $433,000.
- Michael C. Rhodes Properties LLC to Brian Calvert and Michelle Calvert, in Summer Oaks subdivision, $432,235.
- Brooke Williams to Bing Qi and Ying Qi, in McFee Manor subdivision, $420,000.
- Cu Revest LLC to Christopher White, in Weatherly Hills subdivision, $420,000.
- Robert Driscoll and Shelley Driscoll to Jeffrey Hurst and Sachiko Hurst, in Loves Hills subdivision, $412,500
- Kimberly Bryant to Mark Williams and Barbara Crump, in Westbury Estates subdivision, $390,000.
- HMH Development Inc. to Michael Pratt and Rebecca Pratt, in Hunters Way subdivision, Phase 1, $387,224.
- Justin Kullgren and Kenzey Kullgren to Richard Mobley and Melanie Mobley, in Siena subdivision, $370,000.
- Kevin McCollum and Tonya McCollum to Steven Bunch and Jestina Bunch, in Cascade Falls subdivision, $369,900.
- Glen Wells and Lynne Wells to Kerry O'Connor and Johnnie O'Connor, in Attee Fields subdivision, $362,000.
- Mary Burdine to William Herzog, in Walnut Grove subdivision, $353,500.
- Jeremiah H. Holleman III, Wisty Holleman and Wisty Parker to Tyler Holt and Katelyn Holt, in Farragut Crossing subdivision, $352,500.
- Daniel Woodard and Elizabeth Woodard to Billy Hughes and Lisa Hughes, in Campbell Station Village subdivision, $349,000.
- Michael Gordon and Traci Gordon to Robert Piska and Theresa Piska, in Woodbrook subdivision, $340,550
- David Shelek and Kristin Shelek to Collin Kirkpatrick and Amanda Kirkpatrick, in Walnut Grove subdivision, $336,000.
- Ball Homes LLC to Jeffery Holmes and Kristy Holmes, in Creekside Manor subdivision, Phase 2, $334,888.
- Mark Brezina and Deborah Brezina to Kimberlee Aten and Quentin Aten, in Saddle Ridge subdivision, $321,000
- Ball Homes LLC to Subhadeep Chakraborty and Anamika Misra, in Jefferson Park West subdivision, $320,448.
- Ball Homes LLC to James J. Thome Sr. and Patricia Thome, in Westland Gardens subdivision, $318,667.
- Allan Pollard Sampson, secretary-treasurer, and Katherine P. Sampson Trust to Linda Delong, in Retreat at Glen Abbey subdivision, $315,000.
- F. Duane Montague and Kathleen Montague to Royce Jacomen and Lynn Jacomen, in Lancaster Ridge Development subdivision, $314,000.
- Ann Koch and James Koch to Christopher Labanca and Geraldine Labanca, in Farmington subdivision, $309,500.
- Harrigan Construction Co. LLC to Kaitlyn Hutcherson, in Sutton Place subdivision, $305,900.
- Ball Homes LLC to Max Jones and Annette Jones, in Westland Gardens subdivision, $303,981
- Kevin Stasney to Keith Weber and Rachel Weber, in Campbell Creek subdivision, $302,500.
- Palmetto Homes LLC to Jennifer Gray and Michael Gray, in Hardin Valley Vista subdivision, $300,050

## $300,000 to $200,001

- James Klein and Shirley Klein to Scott Bradley and Lea Bradley, in Wooddale Acres subdivision, $297,000.
- Harrison Lovin and Amber Lovin to Jessica Taylor, in Cherokee Hills subdivision, $296,000.
- Chen Cowan and Justin Cowan to Virginia Plunkett, on Kelsey Lane, $295,900.
- First Source Properties LLC to Gregory Seeber and Shanda Seeber, in Chestnut Grove subdivision, $288,014.
- Dennis Hensley and Lisa Hensley to Gwen Zackowitz and Walter Zackowitz, in Amberwood subdivision, $285,000.
- Matthew Benefiel and Allyson Benefiel to Jonathan Haward and Joscelyn Haward, in Autumn Ridge subdivision, $284,900
- Christian Brown Construction LLC to Clay Carver and Shannon Carver, in North Bend subdivision, $282,500.
- Christian Brown Construction LLC to Ten Baxter and Darrelton Baxter, in North Bend subdivision, $282,400.
- Tammy Feehan to Salvatore Digennaro and Alison Digennaro, in Washington Meadows subdivision, $279,900.
- Jennifer Honeycutt to Roy L. Boyd Jr., in Greenbrook subdivision, $279,000.
- Arthur Jensen and Christine Jensen to Larry Holden and Dana Holden, in Painter Farms subdivision, $274,900.
- George Underwood and Natalie Underwood to Melissa Gerhardt and Bo Gerhardt II, in Martin Place subdivision, $271,000.
- Pamela Richardson and Walter Richardson to Mandy Pollack, in Lammie Branch Farms subdivision, $270,000
- Adam Brach and Diana Brach to Christopher Smallwood and Jennifer Smallwood, in Belmont West subdivision, $270,000.
- Bill Morrow and Della Morrow to John Kraemer and Tara Kraemer, in Village Green subdivision, $267,500.
- Albert Daugherty and Brigette Deford to Daniel Day, in Village at Roefield subdivision, $265,000
- Clare Austin to Douglas Campbell and Carmen Campbell, in Delle Meade subdivision, $259,900.
- Smithbilt LLC to Cara Bentley and Seth Bentley, in Rushland Park subdivision, Phase 4, $256,840.
- William Dunlap and Joyce Dunlap to Travis Henson and Kelly Henson, in Martin Sheas addition, $255,000.
- James H. Boyle III and Judy Boyle to Lon Starnes and Steven Starnes, in Pine Ridge Crossing subdivision, $252,000

## Southland
### COMPANIES

A Family of Companies and Professionals for all your real estate needs

SouthLAND BROKERS · Southland · Southland REALTORS · Southland Realtors

SOUTHLAND · SOUTHLAND LANDSCAPES · Commerical Group

244 N. Peters Rd | Knoxville TN 37923   (865) 694-6171   www.asouthlandcompany.com