UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SOUTHLAND COMMERCIAL GROUP, INCORPORATED, SOUTHLAND REALTORS INC., SOUTHLAND GROUP INC., SOUTHLAND TITLE LLC, SOUTHLAND COMPANIES LLC, SOUTHLAND PROPERTIES LLC, SOUTHLAND LANDSCAPES LLC, SOUTHLAND COMMERCIAL GROUP IV LLC, SOUTHLAND COMMERCIAL GROUP VII LLC, and SOUTHLAND COMMERCIAL GROUP ELEVEN LLC, <br><br>　　　　Plaintiffs, <br><br> v. <br><br> SOUTHLAND TITLE & ESCROW COMPANY, INC., <br><br>　　　　Defendant. | No. 3:17-cv-13 |

# **O R D E R**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, Plaintiffs' Motion to Remand [doc. 17] is **GRANTED**. This action is hereby **REMANDED** to the Knox County Chancery Court. All outstanding motions are **DENIED as moot**.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge